**MANDATE**

NHCT
01-CV-475
HALL

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED
2004 MAR 26 P 2:29
U.S. DISTRICT COURT
BRIDGEPORT, CT

FILED
MAR 17 2004
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

DOCKET NO.: 03-7500

MARIE E. SENUTA,
    Plaintiff-Appellee,

v

TOWN OF GROTON and
DENNIS L. POPP, Mayor, Individually
and in his official capacity
    Defendants-Appellants

FEBRUARY 21, 2004

## WITHDRAWAL OF APPEAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

_____
Counsel for Appellee
John M. Creane, Esquire
Michael E. Passero, Esquire
Law Firm of John M. Creane
92 Cherry Street
P.O. Box 170
Milford, CT 06460
(203) 878-2419

A TRUE COPY
Roseann B. MacKechnie, CLERK
by Angela Martin
DEPUTY CLERK

_____
Counsel for Appellants
Michael J. Rose
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361

Date:
So Ordered:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel

CERTIFIED:   MAR 17 2004